# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. ALEXANDER J. SWENTON*

Case No. 3:17-cr-00109-TMB-DMS

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Suppress and Dismiss (Docket 45), in conjunction with the Government's Objections (Docket 46), and the Magistrate's Final Report and Recommendation (Docket 48), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress and Dismiss (Docket 26) is GRANTED IN PART. Defendant's Motion to Suppress is GRANTED in full, and the Motion to Dismiss is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 2, 2018